DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES F. SMITH, JR.,** individually and **TAMMY A. DEVONDRY-SMITH,** individually,
Appellants,

v.

**DEBORAH FUSCO** and **JAMES D. SMITH,**
Appellees.

No. 4D17-3876

[September 19, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 50-2016-CA-003595XXXXMB.

Jennifer J. Kramer of Jennifer J. Kramer, LLC, Boca Raton, for appellants.

William B. Lewis and Evan H. Frederick of Morgan & Morgan, Business Trial Group, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***